No. 370. MAGNESIUM CASTING CO. *v.* NATIONAL LABOR RELATIONS BOARD, 401 U. S. 137;

No. 964. VAN SICKLE *v.* NEVADA, 401 U. S. 910;

No. 966. FLORIDA STATE BOARD OF DENTISTRY *v.* MACK, 401 U. S. 960;

No. 1037. PEACOCK *v.* RETAIL CREDIT CO., 401 U. S. 938;

No. 1130. NOLYNN ASSOCIATION OF SEPARATE BAPTIST IN CHRIST OF KENTUCKY ET AL. *v.* OAK GROVE SEPARATE BAPTIST CHURCH ET AL., 401 U. S. 955;

No. 1132. CITY OF MILLARD ET AL. *v.* CITY OF OMAHA ET AL., 401 U. S. 951;

No. 5740. GARCIA ET UX. *v.* UNITED STATES, 400 U. S. 945;

No. 5942. SHIRLEY *v.* LOUISIANA, 401 U. S. 926;

No. 6175. SPIGNER *v.* UNITED STATES, 401 U. S. 918; and

No. 6355. MARAS *v.* GEHRING, 401 U. S. 946. Petitions for rehearing denied.

No. 1211. LEVY *v.* UNITED STATES, 401 U. S. 962. Petition for rehearing denied. MR. JUSTICE DOUGLAS and MR. JUSTICE WHITE took no part in the consideration or decision of this petition.

